**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 336 EAL 2023

          Respondent                  :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

          v.                            :

                                         :

JORGE O. PEREZ,                    :

                                         :

          Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.